## Florsheim Corporation, Appellee, v. Dynell Spring Water Company et al., Appellants.

### Gen. No. 42,100.

Heard in first division, first district, this court at February term, 1942; opinion filed October 26, 1942. Chancellor & Chancellor, for appellants; Justus Chancellor, of counsel; Perlman, Goodman, Hecht & Chesler, for appellee; Theodore E. Rein, Morton C. Chesler and Morris Blank, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."